

# NUMBER 13-26-00304-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE MARRIAGE OF
## GABRIELLE SANTINA LARA AND BLAYNE DYRONE WILLIAMS JR.
## AND IN THE INTEREST OF B.D.W., A CHILD

## ON APPEAL FROM THE 200TH DISTRICT COURT
## OF TRAVIS COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's failure to file a brief.[1] On June 17, 2026, the Clerk of the Court notified appellant that appellant's brief was past due. Appellant was further notified that if appellant fails to reasonably explain the failure to file

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. §§ 22.220(a) (delineating the jurisdiction of appellate courts), 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).

a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, appellant has failed to file a brief and has not otherwise responded to the clerk's notice; accordingly, the appeal is dismissed for want of prosecution. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
30th day of July, 2026.